NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAN COBBS, JR.,                          )
                                         )
            Appellant,                   )
                                         )
v.                                       )      Case No. 2D16-3728
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____      )

Opinion filed February 21, 2018.

Appeal from the Circuit Court for Manatee
County; Hunter Carroll, Judge.

Howard L Dimmig, II, Public Defender
and Steven G. Mason, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee and Cerese Crawford
Taylor, Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.